In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of DAVID W. BISHOP, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; FLORENCE V. C. PARSONS et al., as Executors, Respondents.

*Matter of Bishop*, 111 App. Div. 545, appeal dismissed. (Argued May 20, 1907; decided May 21, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

March 9, 1906, which affirmed an order of the New York County Surrogate's Court appointing a referee to take testimony in respect to decedent's residence and refusing to confirm the report of a transfer tax appraiser in regard thereto.

*A. Page Smith* and *James J. McEvilly* for appellant.

*Herbert Parsons* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

Reported below, 116 App. Div. 909.
(Argued May 20, 1907; decided May 21, 1907.)

